# AMENDED

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2013

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooke,, Valerie P. | U.S. District Court - Nevada | **9/24/13** |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Bruce Thompson Federal Building
400 S Virginia St., #404
Reno, NV 89501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Latino Studies Center, Univ of Nevada Reno |
| 2. | Board Member | Nevada Public Education Foundation |
| 3. | Board Member | Federal Magistrate Judges Association |
| 4. | Board Member | Reno Chamber Orchestra |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke,, Valerie P. | 9/24/13 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Public Employees Retirement System of Nevada - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke,, Valerie P. | 9/24/13 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke,, Valerie P. | 9/24/13 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Checking | A | Interest | J | T | | | | | |
| 2. RBC #1 - US Gvt MM Fund | A | Dividend | J | T | | | | | |
| 3. RBC #2 - (Y) | | | | | | | | | |
| 4. - US Gvt MM Fund | | | | | | | | | |
| 5. - Mutual Global Discovery Fund | | | | | | | | | |
| 6. - Franklin Templeton Fund | | | | | | | | | |
| 7. American Funds - (Y | | | | | | | | | |
| 8. - Amcap Fund B | | | | | | | | | |
| 9. - Amcap Fund A | | | | | | | | | |
| 10. - Smallcap World Fund B | | | | | | | | | |
| 11. - Grwth Fund of America | | | | | | | | | |
| 12. Fidelity Advisors Overseas (Y) | | | | | | | | | |
| 13. RBC IRA | C | Int./Div. | M | T | | | | | |
| 14. - Federated Money Mkrt Oblig | | | | | | | | | |
| 15. - Fedex Corp | | | | | | | | | |
| 16. - Intel Corp | | | | | | | | | |
| 17. - Microsoft Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke,, Valerie P. | 9/24/13 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Walt Disney Co | | | | | | | | | |
| 19.   - Royal Dutch Shell Plc | | | | | | | | | |
| 20.   - Alliance Bernstein Income Fund Inc | | | | | | | | | |
| 21.   - Index Plus Trust Certif Ser 2003-1 | | | | | | | | | |
| 22.   - Nuveen Multi Strategy Growth & Income Fund | | | | | Sold | 03/21/12 | J | C | |
| 23.   - Apple Bank CD | | | | | Buy | 12/05/12 | K | | |
| 24.   - Viacom Inc. | | | | | Redeemed | 01/09/12 | J | A | |
| 25.   - Spdr Ser Tr Barclays T Bill | | | | | Sold | 01/11/12 | L | A | |
| 26.   - Beal Bank CD | | | | | Buy | 05/30/12 | L | | |
| 27. | | | | | Sold | 09/05/12 | L | A | |
| 28.   - First National Bank Waupaca Wisc CD | | | | | Buy | 01/31/12 | L | | |
| 29. | | | | | Sold | 03/14/12 | L | A | |
| 30.   - US Treasury Bill | | | | | Buy | 11/28/12 | K | | |
| 31. | | | | | Sold | 12/20/12 | K | A | |
| 32.   Residential Lot, Elko, NV | None | | J | W | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following items listed on the 2011 Financial Disclosure Report, Part VII, should not have been listed on that report and therefore are not listed on this report.

line 2.  Calamos High Yield
line 3.  FT Mutual Discovery
line 8.  Blackrock Pfd Income Stat Fd
line 15. Bob Evans Farm Inc.
line 16. Bristol Meyers Squibb Inc.
line 17. Chevron Corp
line 18. Cosco Wholesale Corp
line 19. Dupont De Nemours
line 20. Elan Corp
line 21. Federated Agricultural Mgt
line 22. Goodyear Tire
line 23. Idacorp Inc.
line 24. Peets Coffee & Tea
line 25. Qwest Communications
line 28. Ishares Japan Index
line 29. Standard and Poors
line 30. Franklin Utilities

### Addendum dated September 24, 2013.
### In response to the letter of inquiry dated September 18, 2013:

Part VII, page 4, line 5: This item was erroneously included in the 2012 report.

Part VII, page 4, line 14: This item was erroneously omitted from prior reports.  Open small cash holding account.

Part VII, page 4, line 15: This item was erroneously omitted from 2011 report.  Purchase date 8/24/11, value code J.

Part VII, page 4, line 17: This item was erroneously omitted from the 2010 and 2011 reports.  Purchase dates 7/27/10, value code J, and purchase date 8/24/11, value code J.

Part VII, page 5, line 18: This item was erroneously omitted from the 2011 report.  Purchase date 8/24/11, value code J.

Part VII, page 5, line 20: This item was erroneously omitted from the 2011 report.  Purchase date 4/21/11, value code J.

Part VII, page 5, line 25: This item was erroneously omitted from the 2010 and 2011 reports as follows:

Bought: 7/27/10  Value Code:  L
Sold: 11/24/10 Gain: A
Bought: 10/26/11 Value Code:  J
Sold: 4/21/11  Gain:  A
Bought: 7/25/11  Value Code: K
Sold: 8/24/11  Gain: A
Bought: 11/15/11 Value Code: K
Sold: 1/11/12  Gain: A
Bought: 11/15/11 Value Code: J
Sold: 1/11/12  Gain: A

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke,, Valerie P. | 9/24/13 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Valerie P. Cooke,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544